IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN RODES INDUSTRIAL PARK, LLC,

       Appellant/Cross-Appellee,

v.

SENTRY VIEW SYSTEMS, INC.,

       Appellee/Cross-Appellant.

Case No.  5D21-2933
LT Case No. 2019-CA-038287

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Mario G. Menocal, of Block & Scarpa,
Attorneys at Law,Vero Beach, for
Appellant/Cross-Appellee.

Timothy W. Sobczak, of Dean, Mead,
Egerton, Bloodworth, Capouano &
Bozarth, P.A., Orlando, for
Appellee/Cross-Appellant.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and NARDELLA, JJ., concur.